FILED: November 17, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2207
(8:20-cv-02225-PX-PAH-ELH)

_____

NATALIA USECHE; JOYCE BROWN; AMIT DODANI; NATALIE HERNANDEZ; MICHAEL KAGAN; ANGELA KANG; ANGEL LIRA; CHARLES PARK; ANGEL ULLOA; KATHI WHITE; THE FLORIDA IMMIGRATION COALITION; KATELYN COHEN; THE ARIZONA CENTER FOR EMPOWERMENT

       Plaintiffs - Appellees

v.

DONALD J. TRUMP; UNITED STATES DEPARTMENT OF COMMERCE; UNITED STATES CENSUS BUREAU; WILBUR L. ROSS, JR.; STEVEN DILLINGHAM

       Defendants - Appellants

_____

O R D E R
_____

The court suspends briefing pending resolution of the motion for abeyance.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk