FILED: November 18, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2207
(8:20-cv-02225-PX-PAH-ELH)
_____

NATALIA USECHE; JOYCE BROWN; AMIT DODANI; NATALIE HERNANDEZ; MICHAEL KAGAN; ANGELA KANG; ANGEL LIRA; CHARLES PARK; ANGEL ULLOA; KATHI WHITE; THE FLORIDA IMMIGRATION COALITION; KATELYN COHEN; THE ARIZONA CENTER FOR EMPOWERMENT

      Plaintiffs - Appellees

v.

DONALD J. TRUMP; UNITED STATES DEPARTMENT OF COMMERCE; UNITED STATES CENSUS BUREAU; WILBUR L. ROSS, JR.; STEVEN DILLINGHAM

      Defendants - Appellants

_____

O R D E R
_____

Upon consideration of appellants' unopposed motion for abeyance, the court grants the motion and places this case in abeyance pending a decision by the United States Supreme Court in *Trump v. Useche*, No. 20-662 (U.S.).

Counsel shall immediately notify this court upon issuance of a decision by the Supreme Court.

      For the Court

      /s/ Patricia S. Connor, Clerk