# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

January 5, 2021

_____

NOTICE

_____

No. 20-2207,   Natalia Useche v. Donald Trump
              8:20-cv-02225-PX-PAH-ELH

TO: Counsel

     In light of the decision by the United States Supreme Court in Trump v. Useche, No. 20-662, the parties are invited to file any motions they deem appropriate within ten days.

Tony Webb, Deputy Clerk
804-916-2702