FILED: January 11, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2207
(8:20-cv-02225-PX-PAH-ELH)

_____

NATALIA USECHE; JOYCE BROWN; AMIT DODANI; NATALIE HERNANDEZ; MICHAEL KAGAN; ANGELA KANG; ANGEL LIRA; CHARLES PARK; ANGEL ULLOA; KATHI WHITE; THE FLORIDA IMMIGRATION COALITION; KATELYN COHEN; THE ARIZONA CENTER FOR EMPOWERMENT

        Plaintiffs - Appellees

v.

DONALD J. TRUMP; UNITED STATES DEPARTMENT OF COMMERCE; UNITED STATES CENSUS BUREAU; WILBUR L. ROSS, JR.; STEVEN DILLINGHAM

        Defendants - Appellants

_____

O R D E R
_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk