FILED: January 11, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2207
(8:20-cv-02225-PX-PAH-ELH)

_____

NATALIA USECHE; JOYCE BROWN; AMIT DODANI; NATALIE HERNANDEZ; MICHAEL KAGAN; ANGELA KANG; ANGEL LIRA; CHARLES PARK; ANGEL ULLOA; KATHI WHITE; THE FLORIDA IMMIGRATION COALITION; KATELYN COHEN; THE ARIZONA CENTER FOR EMPOWERMENT

        Plaintiffs - Appellees

v.

DONALD J. TRUMP; UNITED STATES DEPARTMENT OF COMMERCE; UNITED STATES CENSUS BUREAU; WILBUR L. ROSS, JR.; STEVEN DILLINGHAM

        Defendants - Appellants

_____

RULE 42(b) MANDATE
_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*